**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**DAVID MILLER**                                                              **PLAINTIFF**

**VS.**                                        **CIVIL ACTION NO.  4:07 CV 166 HTW-LRA**

**MERIDIAN PUBLIC SCHOOL DISTRICT**                                **DEFENDANT**

### JUDGMENT OF DISMISSAL WITH PREJUDICE

**THIS CAUSE**, having come on for hearing this date on the Motion of the parties to

dismiss this action with prejudice, and the Court, having been advised in the premises, and

having considered said Motion, is of the opinion that it is well taken and should be sustained.

**IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED** that any and all

claims of Plaintiff in this case be, and the same are, hereby dismissed with prejudice from this

matter, each party to be responsible for their own costs.

**SO ORDERED AND ADJUDGED,** this, the 29th day of April, 2009.

                          **s/ HENRY T. WINGATE
                          CHIEF UNITED STATES DISTRICT JUDGE**


**APPROVED AND AGREED:**

 s/ Jim Bullock_____
JIM BULLOCK
SHELL BUFORD, PLLC
**ATTORNEY FOR DEFENDANT, MERIDIAN PUBLIC SCHOOL DISTRICT**


_____
LOUISE HARRELL
**ATTORNEY FOR PLAINTIFF, DAVID MILLER**